CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JAN 03 2012

JULIA C. DUDLEY, CLERK
BY: H McClurraCo
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MICHAEL ANTHONY MCCLANAHAN, )<br>    Plaintiff,                                 )<br>                                                 )<br>v.                                             )<br>                                                 )<br>LARRY CROUSE,                      )<br>    Defendant.                             ) | Civil Action No. 7:11-cv-00392<br><br>**ORDER**<br><br>By:   Hon. Jackson L. Kiser<br>         Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that plaintiff's Complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1).

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This __3rd__ day of January, 2012.

/s/ Jackson L. Kiser
Senior United States District Judge