CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RHD

JAN 03 2012

JULIA C. DUDLEY, CLERK
BY: HMcDurado
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MICHAEL ANTHONY MCCLANAHAN, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>LARRY CROUSE, )<br>Defendant. ) | Civil Action No. 7:11-cv-00392<br><br>**ORDER**<br><br>By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that plaintiff's Complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1).

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 3rd day of January, 2012.

_____
Senior United States District Judge